IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Robert M Lyons and Laura M Lyons | : | Bankruptcy No. **16-10636** |
| | Debtors | : | |
| | Robert L Lyons and Debtors | : | |
| | Movants | : | Chapter **7** |
| | | : | |
| | | : | Related to Document No. **1** |
| v. | | : | |
| | Erie Community Credit Union | : | |
| | | : | |
| | | : | |

**AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

_____ Voluntary Petition - *Specify reason for amendment*:

_____ Official Form 6 Schedules (Itemization of Changes Must Be Specified)
_____ Summary of Schedules
_____ Schedule A - Real Property
_____ Schedule B - Personal Property
_____ Schedule C - Property Claimed as Exempt
_____ Schedule D - Creditors holding Secured Claims
       Check one:
           _____ Creditor(s) added
           _____ NO Creditor(s) added
           _____ Creditor(s) deleted
_____ Schedule E - Creditors Holding Unsecured Priority Claims
       Check one:
           _____ Creditor(s) added
           _____ NO Creditor(s) added
           _____ Creditor(s) deleted
_____ Schedule F - Creditors Holding Unsecured Nonpriority Claims
       Check one:
           _____ Creditor(s) added
           _____ NO Creditor(s) added
           _____ Creditor(s) deleted
_____ Schedule G - Executory Contracts and Unexpired Leases
       Check one:
           _____ Creditor(s) added
           _____ NO Creditor(s) added
           _____ Creditor(s) deleted
_____ Schedule H - Codebtors
_____ Schedule I - Current Income of Individual Debtor(s)
_____ Schedule J - Current Expenditures of Individual Debtor(s)
_____ Statement of Financial Affairs
**X**    Chapter 7 Individual Debtor's Statement of Intention: surrendering the 2013 Suzuki Kizashi Account No. 20454000000002 with Creditor Erie Community Credit Union
_____ Chapter 11 List of Equity Security Holders
_____ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims

_____ Disclosure of Compensation of Attorney for Debtor
_____ Other: _____

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows:

**Office of the United States Trustee**
1001 Liberty Avenue Suite 970
Liberty Center
Pittsburgh PA 15222
ustpregion03.pi.ecf@usdoj.gov
(Via CM ECF)

**John M. Melaragno**
Chapter 7 Trustee
502 W 7th Street
Erie PA 16502
johnm@mplegal.com
(Via CM ECF)

The following creditors were served by First Class United States Mail:

Erie Community Credit Union
1129 State St
Erie, PA 16501

Date  **August 3, 2016**

**/s/ Rebeka A Seelinger Esq.**
Attorney for Debtor(s) [or *pro se* Debtor(s)]

**Rebeka A Seelinger Esq.**
(Typed Name)

**4640 Wolf Road**
**Erie, PA 16505**
(Address)

**814 824 6670/rebeka@seelingerlaw.com**
(Phone No.)

**PA ID 93897**
List Bar I.D. and State of Admission

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

| **Fill in this information to identify your case:** | | | |
|---|---|---|---|
| Debtor 1 | **Robert L Lyons** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Laura M Lyons** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number | **16-10636** | | |
| (if known) | | | |

■ Check if this is an amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7        12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1:   List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Erie Community Cu** <br><br> Description of property securing debt: **2013 Suzuki Kizashi 65000 miles** <br> **Location: 10711 Old Rte 89, North East PA 16428** | ■ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br><br> ■ Yes |
| Creditor's name: **Erie Community Cu** <br><br> Description of property securing debt: **2012 Suzuki SX4 73000 miles** <br> **Location: 10711 Old Rte 89, North East PA 16428** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ■ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br><br> ■ Yes |
| Creditor's name: **Northwest Savings Bank** <br><br> Description of property **2012 Suzuki SX4 75000 miles** | ■ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ No <br><br> ■ Yes |

Official Form 108                       **Statement of Intention for Individuals Filing Under Chapter 7**                       page 1

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Debtor 1 | **Robert L Lyons** | | |
|---|---|---|---|
| Debtor 2 | **Laura M Lyons** | Case number (*if known*) | **16-10636** |

| | | | |
|---|---|---|---|
| property securing debt: | **Location: 10711 Old Rte 89, North East PA 16428** | ☐ Retain the property and [explain]: | |
| Creditor's name: | **St Vincent Fed Credit Union** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Description of property securing debt: | **2015 Optima Kia 18000 miles Location: 10711 Old Rte 89, North East PA 16428** | | |
| Creditor's name: | **St Vincent Federal Credit Union** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Description of property securing debt: | **2009 Can-Am 4 Wheeler Location: 10711 Old Rte 89, North East PA 16428** | | |

**Part 2:   List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| **Describe your unexpired personal property leases** | **Will the lease be assumed?** |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

**Part 3:    Sign Below**

| | | |
|---|---|---|
| Official Form 108 | **Statement of Intention for Individuals Filing Under Chapter 7** | page 2 |
| Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy |

Debtor 1  **Robert L Lyons**
Debtor 2  **Laura M Lyons**                                              Case number *(if known)* **16-10636**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

**X** **/s/ Robert L Lyons**                                  **X** **/s/ Laura M Lyons**
**Robert L Lyons**                                              **Laura M Lyons**
Signature of Debtor 1                                          Signature of Debtor 2

Date  **August  3, 2016**                                      Date  **August  3, 2016**