## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** : | **Bankruptcy No. 16-10636-TPA** |
| : | |
| **Robert L. Lyons** : | **Chapter 13** |
| **and Laura M. Lyons** : | |
| *Debtors* : | |
| : | **Document No. 22** |
| : | |
| **Robert L. Lyons** : | |
| **And Laura M. Lyons** : | |
| *Movants* : | |
| Vs. : | |
| **Bay City, Christopher Demarco DMD,** : | |
| **Coml Accept, Creditech, Navient,** : | |
| **Diversified Consultant, ECCU, First** : | |
| **Federal Credit, First Premier Bank,** : | |
| **Firstpoint Coll, Fnb Cons Disc, Hand** : | |
| **Mircrosurgery, Holiday Financial, IC** : | |
| **System Inc, IRS, Jefferson Capital,** : | |
| **Justin Lyons, MediCredit, Midland** : | |
| **Funding, North East Chiropractic,** : | |
| **NW Cons Disc, NWSB, PA Dept** : | |
| **Of Labor & Industry, Professional** : | |
| **Acct Mngmt, Saint Vincent Institute,** : | |
| **St Vincent FCU, Verizon, Widget** : | |
| **Financial, John C. Melaragno Esq.** : | |
| **Chapter 7 Trustee** : | |
| *Respondents* : | |

### MOTION TO CONVERT A CHAPTER 7 CASE TO A CHAPTER 13 CASE

The Debtors, pursuant to 11 U.S.C. § 706(a), hereby elect to convert the above- captioned Chapter 7 case to a case under Chapter 13 of the Bankruptcy Code. The Debtors are entitled to convert his case because:

1. This case, filed on June 30, 2016, has not been previously converted under sections 1112 or 1307 of the Bankruptcy Code.

2. The Debtors are eligible to be debtors under Chapter 13 of the Bankruptcy Code.

**WHEREFORE,** the Debtors pray for relief under Chapter 13 of the Bankruptcy Code.

Respectfully submitted,

Date: August 24, 2016

By    /s/ Rebeka A. Seelinger
Rebeka A. Seelinger, Esquire
Pa. I.D. #93897
4640 Wolf Rd
Erie, PA 16505
(814)-824-6670
E-Mail: rebeka@seelingerlaw.com