## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** : | **Bankruptcy No. 16-10636-TPA** |
| : | |
| **Robert L. Lyons** : | **Chapter 13** |
| **and Laura M. Lyons** : | |
| *Debtors* : | |
| : | **Document No. 22-1** |
| : | |
| **Robert L. Lyons** : | |
| **And Laura M. Lyons** : | |
| *Movants* : | |
| Vs. : | |
| **Bay City, Christopher Demarco DMD,** : | |
| **Coml Accept, Creditech, Navient,** : | |
| **Diversified Consultant, ECCU, First** : | |
| **Federal Credit, First Premier Bank,** : | |
| **Firstpoint Coll, Fnb Cons Disc, Hand** : | |
| **Mircrosurgery, Holiday Financial, IC** : | |
| **System Inc, IRS, Jefferson Capital,** : | |
| **Justin Lyons, MediCredit, Midland** : | |
| **Funding, North East Chiropractic,** : | |
| **NW Cons Disc, NWSB, PA Dept** : | |
| **Of Labor & Industry, Professional** : | |
| **Acct Mngmt, Saint Vincent Institute,** : | |
| **St Vincent FCU, Verizon, Widget** : | |
| **Financial, John C. Melaragno Esq.** : | |
| **Chapter 7 Trustee** : | |
| *Respondents* : | |

## **ORDER**

AND NOW On this _____ day of _____, upon consideration of the within Motion to Convert a Chapter 7 Case to a Chapter 13 Case, it is hereby ordered and directed as follows:

1. This case is hereby converted from a case under Chapter 7 to a case under Chapter 13.
2. The present Trustee is hereby discharged.

BY THE COURT:

_____
Thomas P. Agresti
United States Bankruptcy Court Judge