IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-10636 |
| Robert Lyons | : | |
| And Laura Lyons | : | Chapter 13 |
| Debtors | : | |
| | : | |
| Robert Lyons | : | |
| And Laura Lyons | : | Document No. |
| Movant s | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| No Respondent | : | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

Creditor Name: Firstpoint Coll Reso

Incorrect Address: Roanoke VA 24018

Corrected Address:

Creditor Name: Firstpoint Coll Reso

Correct Address: 2840 Electric Road #202, Roanoke VA 24018

Dated: August 26, 2016

By      /s/ Rebeka A. Seelinger  Esquire
Rebeka A. Seelinger, Esquire
Pa. I.D. #93897
4640 Wolf Rd
Erie, PA 16505
(814)-824-6670
E-Mail: rebeka@seelingerlaw.com